ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. |
| v. | |
| ALEJANDRO PANCHAME ARGUETA<br>a/k/a Alejando Panchame-Argueta<br>a/k/a Alejandro Argueta-Panchame<br>a/k/a Alejandro ArguetaPanchame<br>a/k/a Alejandro ArgustaPanchame<br>a/k/a Mauricio Alejandro Panchame Argueta<br>a/k/a Mauricio Alejandro Argueta Panchame<br>a/k/a Carlos Lemus | 3-26CR-004-K |

### INDICTMENT

The Grand Jury charges:

Count One
Illegal Reentry After Removal from the United States
[Violation of 8 U.S.C. § 1326(a)]

On or about December 8, 2025, in the Dallas Division of the Northern District of Texas, the defendant, **Alejandro Panchame Argueta,** an alien, was found in the United States after having been deported and removed therefrom on or about February 1, 2019, without having received the express consent of the United States Attorney General or the Secretary of the Department of Homeland Security to reapply for admission since the time of the defendant's previous deportation and removal.

In violation of 8 U.S.C. § 1326(a), the penalty for which is found at 8 U.S.C. § 1326(b)(2).

Indictment—Page 1

A TRUE BILL:

_____
FOREPERSON


RYAN RAYBOULD
UNITED STATES ATTORNEY


_____
Marbel Leonel Munoz
Special Assistant United States Attorney
New York State Bar No. 5516026
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8812
Marbel.Munoz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

ALEJANDRO PANCHAME ARGUETA
a/k/a Alejando Panchame-Argueta
a/k/a Alejandro Argueta-Panchame
a/k/a Alejandro ArguetaPanchame
a/k/a Alejandro ArgustaPanchame
a/k/a Mauricio Alejandro Panchame Argueta
a/k/a Mauricio Alejandro Argueta Panchame
a/k/a Carlos Lemus

INDICTMENT

8 U.S.C. § 1326(a)
Illegal Reentry After Removal from the United States
(Count 1)

1 Count

A true bill rendered

---

DALLAS                                                                FOREPERSON

Filed in open court this 6 day of January, 2026.

---

**Defendant in federal custody since 12/12/2025**

---

UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 3:25-MJ-01209